AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
#### Norfolk Division

| | |
|---|---|
| SOUTHERN BANK AND TRUST COMPANY <br> *Plaintiff* <br><br> v. <br><br> RAJESH S. RANDERIA and PARUL R. RANDERIA <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 2:14cv589 <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Rajesh S. Randeria
    246 W. Ocean View Avenue
    Norfolk, VA 23503

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Jeffrey H. Gray and Megan E. Burns
        Troutman Sanders LLP
        222 Central Park Avenue, Suite 2000
        Virginia Beach, Virginia 23462

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                CLERK OF COURT

Date: 11-19-14                                                              AF
                                                                              *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

SOUTHERN BANK AND TRUST COMPANY
  *Plaintiff*

v.                                               Civil Action No. 2:14cv589

RAJESH S. RANDERIA and PARUL R. RANDERIA
  *Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Parul R. Randeria
> 246 W. Ocean View Avenue
> Norfolk, VA  23503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey H. Gray and Megan E. Burns
> Troutman Sanders LLP
> 222 Central Park Avenue, Suite 2000
> Virginia Beach, Virginia 23462

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-19-14                                   AF
                                                 *Signature of Clerk or Deputy Clerk*

