UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SOUTHERN BANK AND TRUST COMPANY,

    Plaintiff,

v.                                                                                    Civil Action No. 2:14cv589

RAJESH S. RANDERIA and
PARUL R. RANDERIA,

    Defendants.

### AGREED PARTIAL DISMISSAL ORDER

Upon the agreement and stipulation of the parties, Plaintiff Southern Bank and Trust Company ("Southern Bank"), by counsel, and Defendants Rajesh S. Randeria and Parul R. Randeria, by counsel, the matters at issue between Southern Bank and Parul R. Randeria in the present action, which concern the claims set forth in Plaintiff's Complaint, have been compromised, agreed, and settled.

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint and the claims set forth therein are **DISMISSED** with prejudice as to Defendant Parul R. Randeria.

The Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED.

Entered this 15 day of SEPT, 2015.

/s/
Robert G. Doumar
Senior United States District Judge

United States District Court Judge

WE ASK FOR THIS:

*/s/ Megan E. Burns*
Jeffrey H. Gray, Esquire (VSB No. 22304)
Megan E. Burns, Esquire (VSB No. 35883)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7500
(757) 687-7510 - Fax
E-mail: jeff.gray@troutmansanders.com
E-mail: megan.burns@troutmansanders.com

*Counsel to Southern Bank and Trust Company*


*/s/ Kelly M. Barnhart*
Kelly M. Barnhart, Esquire (VSB No. 65246)
Ashley Claudette Tucker, Esquire (VSB No. 82976)
Roussos, Glanzer & Barnhart, P. L. C.
Crown Center
580 East Main Street, Suite 300
Norfolk, VA 23510
(757) 622-9005
(757) 624-9257 – Fax
Email: barnhart@rgblawfirm.com
Email: tucker@rgblawfirm.com

*Counsel to Parul R. Randeria*


*/s/ John D. McIntyre*
John D. McIntyre, Esquire (VSB No. 35925)
Cara M. Cotter, Esquire (VSB No. 80258)
WILSON AND MCINTYRE, PLLC
500 East Main Street, Suite 920
Norfolk, Virginia 23510
757-961-3900
757-961-3966 - Fax
E-mail: jmcintyre@wmlawgroup.com
E-mail: ccotter@wmlawgroup.com

*Counsel to Rajesh S. Randeria*

Active 26526026v1 240902.000101

- 2 -