UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SOUTHERN BANK AND TRUST COMPANY,

        Plaintiff,

v.                                        Civil Action No. 2:14cv589

RAJESH S. RANDERIA and
PARUL R. RANDERIA,

        Defendants.

## FINAL JUDGMENT ORDER
## AS TO DEFENDANT RAJESH S. RANDERIA

THIS DAY came the Plaintiff, Southern Bank & Trust Company ("Southern"), by counsel, and Defendant, Rajesh S. Randeria ("Mr. Randeria"), by counsel.

And with the Court finding that:

1.     The parties are in agreement.

2.     The Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332.

3.     Mr. Randeria agrees that Southern has established a valid claim for breach of contract under the terms of the First Credit Agreement and Second Credit Agreement as defined in the Complaint herein and has established its claim to relief requested by evidence satisfactory to the Court.

WHEREFORE, it is hereby **ORDERED** that Southern is entitled to, and is hereby awarded, **JUDGMENT** against the Defendant Rajesh S. Randeria in the principal amount of $314,010.95, together with interest through the date of this Final Judgment Order of $34,094.33 and costs and fees of $23,807.00.

IT IS SO ORDERED.

Entered this 15 day of September, 2015.    /s/
Robert G. Doumar
Senior United States District Judge

_____
United States District Court Judge

I ASK FOR THIS:

*Megan E Burns*

Jeffrey H. Gray, Esquire (VSB No. 22304)
Megan E. Burns, Esquire (VSB No. 35883)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7500
(757) 687-7510 - Fax
E-mail: jeff.gray@troutmansanders.com
E-mail: megan.burns@troutmansanders.com

*Counsel to Southern Bank and Trust Company*

SEEND AND AGREED:

*Cara M. Cotter*

John D. McIntyre, Esquire (VSB No. 35925)
Cara M. Cotter, Esquire (VSB No. 80258)
WILSON AND MCINTYRE, PLLC
500 East Main Street, Suite 920
Norfolk, Virginia 23510
757-961-3900
757-961-3966 - Fax
E-mail: jmcintyre@wmlawgroup.com
E-mail: ccotter@wmlawgroup.com

*Counsel to Rajesh S. Randeria*

2