UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SOUTHERN BANK AND TRUST COMPANY,

      Plaintiff,

   v.                                 Civil Action No. 2:14cv589

RAJESH S. RANDERIA and
PARUL R. RANDERIA,

      Defendants.

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff Southern Bank and Trust Company ("Southern Bank") hereby gives notice to the Court of the satisfaction by Rajesh S. Randeria of the Judgment entered by the Court on September 17, 2015, in the amount of $314,010.95, together with interest in the amount of $34,094.33 and costs and fees of $23,807.00 (Doc. 15). The Clerk of the Court is hereby authorized to record the Judgment as fully satisfied. This Satisfaction extinguishes all liability of Rajest S. Randeria related to the Judgment.

Dated: February 18, 2016

Respectfully submitted,                  SOUTHERN BANK AND TRUST COMPANY

                                                 By:    /s/ Megan E. Burns
                                                             Of Counsel

Jeffrey H. Gray, Esquire (VSB No. 22304)
Megan E. Burns, Esquire (VSB No. 35883)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
(757) 687-7500
(757) 687-7510 - Fax
E-mail:  jeff.gray@troutmansanders.com
E-mail:  megan.burns@troutmansanders.com
*Counsel to Southern Bank and Trust Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Defendants**

John D. McIntyre, Esquire
Cara M. Cotter, Esquire
WILSON AND MCINTYRE, PLLC
500 East Main Street, Suite 920
Norfolk, Virginia 23510
Telephone:  757-961-3900
Facsimile:  757-961-3966
E-mail:  jmcintyre@wmlawgroup.com
E-mail:  ccotter@wmlawgroup.com

Kelly M. Barnhart
Ashley Claudette Tucker
Roussos, Glanzer & Barnhart, P. L. C.
Crown Center
580 East Main St
Suite 300
Norfolk, VA 23510
E-mail: barnhart@rgblawfirm.com
E-mail: tucker@rgblawfirm.com

      /s/ Megan E. Burns
Megan E. Burns (VSB No. 35883)
Counsel for Plaintiff
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7778
Facsimile:  (757) 687-1552
E-mail: megan.burns@troutmansanders.com

27990245